Petition for Writ of Mandamus Denied and Memorandum Opinion filed
October 23, 2003









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed October 23, 2003.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01119-CV

____________

 

IN RE LEO ROGER DUGAS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 6, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  In his petition, relator
seeks to have this Court compel the Honorable r. Jack Cagle, presiding judge of
County Civil Court at Law Number One of Harris County to rule consolidate two
actions and transfer venue to Chambers County. 
Relator fails to establish that he is entitled
to extraordinary relief.  See Barnes
v. State, 832 S.W.2d 424, 426 (Tex. App.CHouston [1st Dist.] 1992, orig.
proceeding). 

We deny relator=s petition for writ of mandamus. 

PER CURIAM

Petition Denied
and Memorandum Opinion filed October 23, 2003.

Panel consists of
Justices Edelman, Frost, and Guzman.